DANIEL HILL
HILL FIRM PLLC
Nevada Bar No. 12773
228 S. 4th Street, 3rd Floor
Las Vegas, Nevada 89101
Phone: 702-848-5000
Fax: 702-442-8338
dan@hillfirmlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADRIAN TAMAYO,<br><br>Defendants. | 2:20-cr-00194-JAD-DJA<br><br>**STIPULATION TO CONTINUE OBJECTIONS TO DETENTION ORDER**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas Trutanich, United States Attorney, and Jamie Mickelson, Assistant United States Attorney, counsel for the United States of America, and Daniel Hill, counsel for Defendant ADRIAN TAMAYO, that the deadline to file objections to the Magistrate Judge's detention order (ECF No. 42) be extended by 14 days from August 28, 2020 up to and including September 11, 2020.

The Stipulation is entered into for the following reasons:

1. Undersigned counsel was not retained at the time of the detention hearing and did not conduct the detention hearing.

2. Defendant is in custody and does not oppose this continuance.

3. The additional time requested herein is not sought for purposes of delay, but to allow undersigned counsel to order a recording or transcript of the detention hearing.

///

///

1    Additionally, denial of this request for continuance could result in a miscarriage of justice.

2    DATED this 27th day of August 2020.

By: */s/ Jamie Mickelson*
JAMIE MICKELSON
*Counsel for the Government*

By: */s/ Daniel Hill*
DANIEL HILL
*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ADRIAN TAMAYO,<br><br>　　　　Defendants. | 2:20-cr-00194-JAD-DJA<br><br>**ORDER** |

　　Based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the parties' stipulation is GRANTED. Any objections to the Magistrate Judge's order of detention (ECF No. 42) shall be due no later than September 11, 2020.

　　DATED this 1st day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Albregts
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

-3-