**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-CR-194-JAD-DJA |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ADRIAN LEYVA TAMAYO, | |
| Defendant. | |

This Court finds Adrian Leyva Tamayo pled guilty to Counts One, Two, and Six of a Seven-Count Superseding Criminal Indictment charging him in Count One with conspiracy to commit access device fraud in violation of 18 U.S.C. §§ 371, 1029(a)(1), 1029(a)(2), and 1029(a)(4); in Count Two with use of unauthorized access devices in violation of 18 U.S.C. § 1029(a)(2); and in Count Six with aggravated identity theft in violation of 18 U.S.C. § 1028A(a)(1) with 1028A(c)(4). Superseding Criminal Indictment, ECF No. 160; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Adrian Leyva Tamayo agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment. Superseding Criminal Indictment, ECF No. 160; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and the offenses to which Adrian Leyva Tamayo pled guilty.

The following property is any personal property used or intended to be used to commit the violation of 18 U.S.C. §§ 371, 1029(a)(1), 1029(a)(2), 1029(a)(4), and

1028A(a)(1) with 1028A(c)(4) and is subject to forfeiture under 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2):

    1. Any and all skimming devices including, but not limited to:

        a. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-1;

        b. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-2;

        c. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-4;

        d. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-5;

        e. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-6;

        f. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-7;

        g. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-8;

        h. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-9;

        i. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-10;

        j. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201903091509;

        k. Multiple GOOUUU Tech Skimmers, Model 10T-GA6-B, Unknown Serial Number;

        l. GOOUUU Tech Skimmer, Unknown Model, Unknown Serial Number;

        m. Roving Skimmer, Unknown Model, Serial Number 00:06:66:D4:26:87;

        n. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E3:DC:EF;

o. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E3:DC:FE;

p. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:00:3B;

q. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:56;

r. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:57;

s. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:58;

t. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:92;

u. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:96;

v. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E7:B6:6F;

w. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:03:09;

x. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:05:02;

y. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:25:FE;

z. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:26:06;

aa. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:26:8F;

bb. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:71:DC;

cc. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7B:5E;

dd. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7B:8B;

ee. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7BF;

ff. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7B86;

gg. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7E:D9;

hh. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:8C:DA;

ii. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:8C:F9;

jj. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:56;

kk. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:94;

ll. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:95;

mm. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:97;

nn. Multiple Roving Skimmers, Model RN42 BT, Unknown serial numbers;

oo. Multiple Roving Skimmers, Unknown Model, Unknown serial numbers;

      pp.  Unknown Type Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:54;

      qq.  Unknown Type Skimmer, Unknown Model, Serial Number RNBT04E0;

      rr.  Unknown Type Skimmer, Unknown Model, Serial Number RNBT04E1;

      ss.  Unknown Type Skimmer, Unknown Model, Serial Number RNBT04E2;

      tt.  Unknown Type Skimmer, Unknown Model, Serial Number RNBT64BC;

      uu.  Unknown Type Skimmer, Unknown Model, Serial Number RNBT9864;

      vv.  Unknown Type Skimmer, Unknown Model, Serial Number RNBT9AB3;

      ww.  Unknown Type Skimmer, Unknown Model, Serial Number RNBTA300;

      xx.  Unknown Type Skimmer, Unknown Model, Serial Number RNBTA340;

      yy.  Unknown Type Skimmer, Unknown Model, Serial Number RNBTA342;

      zz.  Unknown Type Skimmer with R Logo, Unknown Model, Unknown Serial Number; and

      aaa.  Multiple Unknown Type Skimmers, Unknown Model, Unknown Serial Numbers

(all of which constitutes property).

      This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Adrian Leyva Tamayo in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the times under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, under Fed. R. Crim. P. 32.2(b)(6).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the forfeited property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property under 21 U.S.C. § 853(n)(2), which petition shall be signed by the petitioner under penalty of perjury under 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov, whichever is earlier.

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>Daniel D. Hollingsworth
>Assistant United States Attorney
>Misty L. Dante
>Assistant United States Attorney
>501 Las Vegas Boulevard South, Suite 1100
>Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED: February 6, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE