**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADRIAN LEYVA-TAMAYO,<br><br>　　　　Defendant. | Case No. 2:20-cr-000194-JAD-DJA<br><br>**<u>ORDER</u>**<br><br>ECF No. 195 |

　　　The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

　　　IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for June 6, 2023 at 11AM be vacated and continued to June 22, 2023 at 10AM.

　　　DATED: June 1, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　HON. JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE