**FILED**

JUN 22 2023

US DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:20-CR-194-JAD-DJA |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ADRIAN LEYVA TAMAYO, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2) based upon the plea of guilty by Adrian Leyva Tamayo to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which Adrian Leyva Tamayo pled guilty. Superseding Criminal Indictment, ECF No. 160; Change of Plea, ECF No. 176; Plea Agreement, ECF No. 177; Preliminary Order of Forfeiture, ECF No. 178.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 9, 2023, through March 10, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 181-1, p. 5.

1   This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 186.

On March 2, 2023, the United States Attorney's Office served and attempted to serve Alen Boucourt Diaz with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The certified mail was returned as unclaimed and unable to forward. The regular mail was not returned. Notice of Filing Service of Process – Mailing, ECF No. 186-1, p. 3-20.

On March 2, 2023, the United States Attorney's Office served Alen Boucourt Diaz, c/o Gabriel L. Grasso, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 157-1, p. 3-16, 21-23.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 1029(c)(1)(C) with 1029(c)(2); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Any and all skimming devices including, but not limited to:
    a.  GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-1;
    b.  GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-2;

/ / /

c. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-4;

d. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-5;

e. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-6;

f. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-7;

g. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-8;

h. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-9;

i. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201810192049-10;

j. GOOUUU Tech Skimmer, Model 10T-GA6-B, Serial Number GPRS201903091509;

k. Multiple GOOUUU Tech Skimmers, Model 10T-GA6-B, Unknown Serial Number;

l. GOOUUU Tech Skimmer, Unknown Model, Unknown Serial Number;

m. Roving Skimmer, Unknown Model, Serial Number 00:06:66:D4:26:87;

n. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E3:DC:EF;

o. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E3:DC:FE;

p. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:00:3B;

q. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:56;

r. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:57;

s. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:58;

t. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:92;

u. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E4:02:96;

v. Roving Skimmer, Unknown Model, Serial Number 00:06:66:E7:B6:6F;

w. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:03:09;

x. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:05:02;

y. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:25:FE;

z. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:26:06;

aa. Roving Skimmer, Unknown Model, Serial Number 00:06:66:EC:26:8F;

bb. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:71:DC;

cc. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7B:5E;

dd. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7B:8B;

ee. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7BF;

ff. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7B86;

gg. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:7E:D9;

hh. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:8C:DA;

ii. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:8C:F9;

jj. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:56;

kk. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:94;

ll. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:95;

mm. Roving Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:97

nn. Multiple Roving Skimmers, Model RN42 BT, Unknown serial numbers;

oo. Multiple Roving Skimmers, Unknown Model, Unknown serial numbers;

pp. Unknown Type Skimmer, Unknown Model, Serial Number 00:06:66:F0:94:54;

qq. Unknown Type Skimmer, Unknown Model, Serial Number RNBT04E0;

rr. Unknown Type Skimmer, Unknown Model, Serial Number RNBT04E1;

ss. Unknown Type Skimmer, Unknown Model, Serial Number RNBT04E2;

tt. Unknown Type Skimmer, Unknown Model, Serial Number RNBT64BC;

uu. Unknown Type Skimmer, Unknown Model, Serial Number RNBT9864;

vv. Unknown Type Skimmer, Unknown Model, Serial Number RNBT9AB3;

1  ww. Unknown Type Skimmer, Unknown Model, Serial Number RNBTA300;
2  xx. Unknown Type Skimmer, Unknown Model, Serial Number RNBTA340;
3  yy. Unknown Type Skimmer, Unknown Model, Serial Number RNBTA342;
4  zz. Unknown Type Skimmer with R Logo, Unknown Model, Unknown Serial Number; and
6  aaa. Multiple Unknown Type Skimmers, Unknown Model, Unknown Serial Numbers

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _June 22_, 2023.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE